UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-cr-6-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | ORDER |
| | ) | |
| **CHARLES R. WRIGHT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821.[1] (Doc. No. 37).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: February 16, 2024

Max O. Cogburn Jr
United States District Judge

---

[1] Defendant appears to be ineligible for relief under Amendment 821 as to his conviction in this case, but the Court will require a response from the Government, as he may be seeking relief for his conviction in 3:17cr88.

1